## LAWLEY V. THE STATE.

(Decided Dec. 19, 1911.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

THOMAS A. CURRY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed on authority of *Maddox v. State, infra;* 57 South. 95.

## LENOX V. THE STATE.

(Decided Feb. 8, 1912.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error of record. Affirmed.

## McNAIR V. THE STATE.

(Decided Jan. 18, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Dismissed on motion.